**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 539 MAL 2022
:
Respondent    :
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
v.    :
:
:
DAQUAN HAMILTON,    :
:
Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.